LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

November 10, 2022

**Via ECF and Email**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Having heard from Probation, the Court approves the request that Mr. Schmidt be permitted to use medical marijuana IF it is prescribed by a legitimate medical provider and Mr. Schmidt permits Probation to speak to the provider to confirm the terms of the prescription and the reasons for it. Mr. Schmidt must of course confine himself to the prescribed substances and nothing else.*

SO ORDERED.

/s/ Cathy Seibel   11/10/22
CATHY SEIBEL, U.S.D.J.

**Re:   United States v. Thomas Schmidt**
      **7:17-cr-00154-CS**

Dear Judge Seibel:

      The undersigned was previously appointed to represent Mr. Thomas Schmidt in the above matter. On or about May 11, 2018, the Court sentenced Mr. Schmidt to a 60-month period of incarceration followed by a four-year period of Supervised Release. Mr. Schmidt has completed his period of confinement and is currently on Supervised Release and is, at present, supervised by United States Probation Officer Florence Duggan.

      As the Court may recall from its review of Mr. Schmidt's Presentence Report, Mr. Schmidt suffers from a whole litany of health-related problems. Those medical problems have only exacerbated since his sentencing. On the advice of his medical providers, the defendant respectfully moves the Court to modify his Conditions of Release to permit Mr. Schmidt to be prescribed and to use Medical Cannabis.

      The undersigned has discussed this application with U.S.P.O. Duggan who has indicated to the undersigned that, because of the very specific particulars of Mr. Schmidt's case, she does not object to this application.

Respectfully submitted
/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

cc:   Sam Raymond, A.U.S.A. (samuel.raymond@usdoj.gov)
      Florence Duggan, U.S.P.O. (Florence.duggan@nysp.uscourts.gov)